UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Glen Ellyn Pharmacy, Inc.
                              Plaintiff,

v.                                          Case No.: 1:16−cv−06654
                                            Honorable Rebecca R. Pallmeyer

Mayne Pharma, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 6, 2018:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: Ruling held on 7/6/2018. Plaintiff's amended motion for class certification [67] is granted, subject to further negotiation concerning the language of the appropriate class definition and notice. Status hearing set for 8/292018 at 9:30 AM. Parties are encouraged to discuss settlement. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.