**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Glen Ellyn Pharmacy, Inc.
                                Plaintiff,

v.                                           Case No.: 1:16−cv−06654
                                                  Honorable Rebecca R. Pallmeyer

Mayne Pharma, Inc., et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 6, 2020:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Class settlement hearing held. Plaintiff is to file a written report on the disposition of the settlement award by 3/31/2020. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.